## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Warner Bros. Entertainment Inc.

                                                                  Plaintiff,

v.                                                                          Case No.: 1:25−cv−06252

                                                                         Honorable John F. Kness

The Partnerships And Unincorporated Associations Identified On Schedule A,

                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2025:

      MINUTE entry before the Honorable John F. Kness: Subject to reconsideration, Plaintiff's motion to seal (Dkt. 3) is granted; the documents provisionally filed under seal may remain under seal for the time being. An in−person status hearing is set for 8/26/2025 at 2:00 p.m.; lead counsel must appear in person. In advance of the hearing, counsel should review the Court's opinion in *Eicher Motors Limited v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto*, F. Supp. 3d, 2025 WL 2299593 (N.D. Ill. Aug. 8, 2025). The 8/26 hearing will be stricken if Plaintiff elects to dismiss this action voluntarily. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.